IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 13-11 |
| vs. | * | SECT. H(5) |
| C. RAY NAGIN | * | JUDGE MILAZZO |
| | * | MAG. NORTH |

## MOTION TO HAVE PROPERTY RETURNED AND RIGHTS RESTORED AFTER COMPLETION OF SENTENCE AND PROBATION

1. Now comes C. RAY NAGIN (MOVANT), in propria persona, and moves this Court to be made aware that on March 15, 2024, he successfully completed his sentence and probation. Throughout a ten-year period of being incarcerated and in the federal system, Movant has had an exceptional conduct record and has done everything ordered by the court.

2. Movant has been incarcerated and under the Bureau of Prisons control for approximately ten years. His conduct record has been excellent throughout incarceration, home confinement and on probation. He was active in the prison chapel by leading the Encouragement Ministry, mentoring younger inmates and sang and played in the Chapel band. He even earned the maximum full year of the First Step Act (FSA) Earned Time Credits (ETC) with a MINIMUM risk for recidivism PATTERN rating while working fulltime at Unicor, the Bureau's for-profit operation that is considered its best anti-recidivism program. Movant also made consistent restitution payments even while incarcerated and has presently continued even at a substantially increased monthly amount.

3. Movant had to surrender his passport after sentencing and even though he is a non-violent first-time offender is not allowed to own or possess a firearm. He is still a high-profile individual and is recognized just about everywhere he goes. With our country experiencing so much violence, Movant is very concerned about his safety and that of his family. Finally, He is requesting that his federal voting rights are restored so that he can vote in upcoming federal elections.

WHEREFORE, MOVANT PRAYS THAT HIS MOTION TO HAVE THE FOLLOWING PROPERTY RETURNED AND RIGHTS RESTORED AFTER SUCCESSFULLY COMPLETING HIS SENTENCE AND PROBATION BE GRANTED:

1. PASSPORT RETURNED
2. FEDERAL VOTING RIGHTS RETURNED
3. RIGHT TO BEAR ARMS RESTORED

Respectfully submitted,

C. Ray Nagin (3-15-2024)
C. RAY NAGIN
3407 BINKLEY AVE, UNIT F
682-300-3373
crnagin@gmail.com