UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 13-011** |
| **C. RAY NAGIN #32751-034** | **SECTION: "H"** |

## ORDER

Before the Court is Defendant's Motion for Return of Property and Rights (Doc. 257).

Accordingly;

**IT IS ORDERED** that any opposition thereto shall be filed by April 5, 2024.

New Orleans, Louisiana, this 21st day of March, 2024.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**